IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

       Plaintiff,　　　　　　　　　　No. CIV S-06-2378 MCE KJM P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.　　　　　　　　　ORDER
_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 22, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed a second amended complaint.

       The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claim.

       Petitioner has filed a motion for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298

1

(1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counel (docket no. 20) is denied.

2 Service is appropriate for defendant: Cunningham. Plaintiff's request to proceed on the lawsuit naming only this single defendant (docket no. 18) is granted.

3 The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the second amended complaint filed May 15, 2008.

4 Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed above; and

    d. Two copies of the endorsed second amended complaint filed May 15, 2008.

5. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

2/abdu2378.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

        Plaintiff,                              No. CIV S-06-2378 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,                       NOTICE OF SUBMISSION

        Defendants.                        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____        completed summons form

        _____        completed USM-285 forms

        _____        copies of the _____

                        Amended Complaint

DATED:

                                            _____

                                            Plaintiff