IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IBRAHIM ABDULLAH,** | 2:06-cv-2378 MCE KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Good cause appearing, defendant's motion for an extension of time (docket no. 26) is granted and defendant is given a forty-five day extension of time, to and including December 8, 2008, to file a responsive pleading.

IT IS SO ORDERED.

DATED: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1