IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

        Plaintiff,                    No. CIV S-06-2378 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's December 8, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 30) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's December 8, 2008 motion to dismiss. Defendant's reply, if any, shall be filed seven days thereafter.

DATED: January 8, 2009.

                                            U.S. MAGISTRATE JUDGE

/mp
abdu2378.36