IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

        Plaintiff,                     No. CIV S-06-2378 MCE KJM P

    vs.

CDC, et al.,

        Defendants.              <u>ORDER</u>

                                      /

        Plaintiff, a state prisoner, has filed a motion to compel discovery. A hearing on this motion is set for May 5, 2010 at 10:00 a.m. in Courtroom Twenty-Six, with plaintiff to appear via videoconferencing. Counsel for the defendants is directed to make the arrangements for plaintiff's appearance.

        IT IS SO ORDERED.

DATED: April 15, 2010.

                                                     U.S. MAGISTRATE JUDGE

2

abdu2378.mtc