IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

        Plaintiff,                    No. CIV S-06-2378 MCE KJM P

    vs.

CDC, et al.,

        Defendant.               <u>ORDER</u>

_____/

        This matter was on calendar on May 5, 2010 for a hearing on plaintiff's motion to compel (docket no. 43). Plaintiff, who is representing himself, appeared via videoconferencing; Jessica Devencenzi appeared for defendant Cunningham.

        Based on the motion and opposition, the participation of plaintiff and counsel during the hearing, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel with respect to Request for Production of Documents, Numbers 1-7, 11, 15 and 16 is denied.

        2. The motion to compel with respect to Request for Production of Documents, Numbers 9 and 12, is denied, but with the understanding that Ms. Devencenzi will make arrangements promptly through the litigation coordinator at plaintiff's institution for law library

/////

1

1  access for plaintiff, so plaintiff may review the administrative materials covered by these
2  requests.
3        3.  The motion to compel with respect to Request for Production of Documents,
4  Number 13, is granted, limited to sign-in sheets for May 29, June 2 and June 3, 2003; Ms.
5  Devencenzi will provide these to plaintiff within forty-five days.
6        4.  The motion to compel with respect to Requests for Admission, Numbers 5, 6
7  and 7, is denied.
8        IT IS SO ORDERED.
9  DATED:  May 5, 2010.

                                                                 U.S. MAGISTRATE JUDGE

25  2
26  abdu2378.mtc