IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IBRAHIM ABDULLAH,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:06-cv-2378 MCE KJM P<br><br>**ORDER** |

　　　Good cause appearing, Defendant's request to modify the scheduling order (docket no. 56) is granted. The deadlines for filing a pretrial statement and the pretrial conference, and the December 6, 2010 trial date are taken off calendar. These deadlines shall be reset, if necessary, after the Court rules on Defendant's motion for summary judgment.

Dated: July 23, 2010.

_____
U.S. MAGISTRATE JUDGE

1

Order (2:06-cv-2378 MCE KJM P)