IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM ABDULLAH,

    Plaintiff,                    No. CIV S-06-2378 MCE CMK (TEMP) P

    vs.

CDC, et al.,

    Defendant.               <u>ORDER</u>

_____/

On February 1, 2011, plaintiff filed a motion for summary judgment. The deadline to file motions for summary judgment was April 30, 2010, see Docket Entry #42, and plaintiff has not provided a good reason why plaintiff should be allowed to file late. Therefore, plaintiff's motion (#61) is denied. Plaintiff is warned that failure to follow court orders in the future could be met with sanctions.

DATED: February 3, 2011

                                                         **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE

kc
abdu2378.dsj